UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ESKIJIAN,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No. 1:26-cv-00291-FJS<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br><u>DEADLINE: APRIL 17, 2026</u> |

On January 14, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is currently set for April 14, 2026. (ECF No. 4.) On January 14, 2026, the Clerk of the Court issued summons. (ECF No. 2.) To date, Defendant has not appeared or responded to the complaint. Generally, the Court will not hold an initial scheduling conference with a defendant who has not appeared and answered.

Accordingly, IT IS HEREBY ORDERED that on or before April 17, 2026, Plaintiff shall file a status report indicating the status of service upon Defendant and when service occurred. The SCHEDULING CONFERENCE currently set for April 15, 2026, is continued to May 13, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic

conference information by the Courtroom Deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

Though not implicated presently, Plaintiff is advised that he must comply with Fed. R. Civ. P. 4(m) and should move for an extension if one is necessary.

IT IS SO ORDERED.

Dated:   **April 9, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2