UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ESKIJIAN, | Case No.  1:26-cv-00291-FJS |
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 6) |
| Defendant. | SEVEN DAY DEADLINE |

On April 10, 2026, the Court issued an order continuing the initial scheduling conference on the basis that Defendant has not appeared or responded to the complaint. (ECF No. 6.) The Court ordered Plaintiff to file a status report indicating the status of service upon Defendant and when service occurred. (*Id.*) Plaintiff was also informed that he must comply with Fed. R. Civ. P. 4(m) and should move for an extension if necessary. (*Id.*) To date, Plaintiff failed to file the status report by the Court's deadline, has not filed proof of service on the docket, and has not otherwise attempted to communicate with the Court regarding the status of this case.

A court may dismiss an action based on a party's failure to obey a court order or failure to comply with local rules. *See, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1998) (dismissal for failure to comply with local rule); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with court order).

1

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The time limit for service pursuant to Rule 4(m) has since elapsed.

Accordingly, within seven (7) days from the date of this Order, Plaintiff is ORDERED to SHOW CAUSE as to why this action should not be dismissed without prejudice for Plaintiff's failure to timely effect service pursuant to Rule 4(m) and Plaintiff's failure to obey a court order. Failure to comply with this order may be grounds for imposition of sanctions, including dismissal. *See* L.R. 110; *Thompson v. Hous. Auth. of City of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

IT IS SO ORDERED.

Dated:   **April 21, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

2