**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEON ESKIJIAN, | Case No. 1:26-cv-00291-JLT-FJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 9) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On January 14, 2026, Plaintiff Leon Eskijian ("Plaintiff") commenced this action against the United States of America ("Government"). (Doc 1.) Plaintiff failed to timely effect service pursuant to Rule 4(m) and file a status report with the Court, and the Court ordered the Plaintiff to show cause why the case should not be dismissed without prejudice. (Doc 7.)

On May 5, 2026, the assigned magistrate judge issued findings and recommendations recommending that the case be dismissed without prejudice for Plaintiff's failure to prosecute and failure to obey the Court's order. (Doc. 9.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) Plaintiff has not filed any objections and the time to do so has since passed.

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the

1

case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.    The findings and recommendations issued on May 5, 2026 (Doc. 9) are **ADOPTED IN FULL**.

2.    This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with a court order, failure to comply with the Local Rules, and failure to prosecute.

3.    The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____
UNITED STATES DISTRICT JUDGE

2