UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON ESKIJIAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 1:26-cv-00291-JLT-FJS<br><br>ORDER VACATING HEARING AND<br>TAKING MOTION UNDER SUBMISSION |

On May 5, 2026, the court entered a findings and recommendations that this case be dismissed for Plaintiff Leon Eskijian's ("Plaintiff") failure to prosecute and comply with court orders. (ECF No. 9.) On June 10, 2026, the court adopted the findings and recommendations. (ECF No. 10.) On June 11, 2026, Plaintiff filed a motion to vacate judgment and reopen case. (ECF No. 12.) To date, Defendant has not been served or appeared in this action.

The court has deemed Plaintiff's motion, currently noticed for hearing on July 17, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, suitable for decision without oral argument pursuant to Local Rule 230(g). As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date.

IT IS SO ORDERED.

Dated:   **July 10, 2026**

_____
UNITED STATES MAGISTRATE JUDGE